# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C. SHRADER,<br><br>    Petitioner,<br><br>v.<br><br>S. YOUNG, Warden,<br><br>    Respondent. | Case No.: 1:19-cv-00644-DAD-JLT (HC)<br><br>ORDER DENYING MOTION TO EXPEDITE<br><br>(Doc. 11) |

On August 23, 2019, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus. Petitioner is advised that the Court does not have an expedited calendar. He is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition; nevertheless, the Court's docket of pending cases is substantial. Accordingly, Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

    Dated: **August 27, 2019**                    **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE