# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C. SHRADER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. YOUNG, Warden,<br><br>　　　　Respondent. | Case No.: 1:19-cv-00644-DAD-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Doc. 18) |

  Pending before this Court is Petitioner's request to proceed in forma pauperis on appeal. Petitioner was authorized to proceed in forma pauperis in this Court. Pursuant to Federal Rules of Appellate Procedure Rule 24(a)(3), Petitioner may proceed in forma pauperis without further authorization. Accordingly, this Court ORDERS that Petitioner's motion to proceed in forma pauperis on appeal is GRANTED.

IT IS SO ORDERED.

  Dated: **September 23, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1